IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE R. MARTINEZ, et al.,

    Plaintiffs,

vs.                               CASE NO.: 4:09-cv-410-SPM/WCS

FIRST AMERICAN TITLE INSURANCE
COMPANY,

    Defendant.
_____/

## **ORDER**

UPON CONSIDERATION, the Parties' Stipulated Motion to Deposit Funds (doc. 14) is hereby ORDERED AND ADJUDGED as follows:

1. The Stipulation (doc. 14) is APPROVED.

2. Defendant First American shall deposit the escrow funds in the amount of $47,295.00 into the Court's Registry Account. Upon such deposit, First American shall be dismissed from this action with prejudice and its claims shall be resolved.

3. Upon dismissal of Defendant First American, the Court shall retain jurisdiction as to First American for a period of sixty (60) days for consideration of any requests for attorneys' fees and costs, during

which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>twenty-first</u> day of April, 2010.

*s/ Stephan P. Mickle*

Stephan P. Mickle
Chief United States District Judge